IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jack Lee Janes, Jr.                         :
                                            :
          v.                                :     No. 369 C.D. 2017
                                            :
Commonwealth of Pennsylvania,               :
Department of Transportation,               :
Bureau of Driver Licensing,                 :
                    Appellant               :

## **O R D E R**

NOW, December 4, 2017, having considered appellee's application for reargument, the application is denied.

                                         _____
                                         MARY HANNAH LEAVITT,
                                         President Judge